IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BARRY GREEN, as Personal Representative
of the Wrongful Death Estate of
JOSHUA MAESTAS; and CAROLINA MAESTAS,

    Plaintiffs,

v.                                  Case No. 1:22-cv-00609-MLG-JMR

KIMBERLY-CLARK de MEXICO, S.A.B. de C.V.;
4E GLOBAL S.A.P.I. de C.V.; and
WAL-MART STORES EAST, LP,

    Defendants.

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the documents dismissing each of the defendants from this lawsuit (Docs. 3, 38, 42), the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice as to Defendants 4E Global S.A.P.I. de C.V. and Wal-Mart Stores East, LP (Docs. 38, 42) and without prejudice as to Defendant Kimberly-Clark de Mexico, S.A.B. de C.V. (Doc. 3).

    It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA